UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80308-CIV-HURLEY

THE PROVIDENT BANK,
     plaintiff,

**CLOSED CASE**

vs.

M/V TITTY, Official Number 1198525,
a 29' 2002 Baja Outlaw SST, her engines, etc.,
     defendants.

_____/

## ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE & CLOSE-OUT

**THIS CAUSE** is before the Court upon the plaintiff's notice of voluntary dismissal without prejudice filed July 1, 2008 [DE # 10] Having considered the notice, it is

**ORDERED AND ADJUDGED**:

1. Pursuant to plaintiff's notice of voluntary dismissal [DE # 10], this case is now **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees.

2. There being nothing further for the court to resolve, the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of June, 2008.

Daniel T. K. Hurley
United States District Judge

cc.
all counsel